# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG S.A., <br><br> *Plaintiffs,* <br><br> v. <br><br> ELECTRONIC ARTS, INC., <br><br> *Defendant.* | CIVIL ACTION NO. 6:13-cv-00259 |

## NOTICE OF AGREED POST-TRIAL BRIEFING SCHEDULE

Pursuant to the Court's Order (Dkt. No. 93), Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively "Uniloc") and Electronic Arts, Inc. ("EA") hereby agree to the following post-trial briefing schedule:

- Post-trial motions:   **January 7, 2015**
- Responses:   **January 23, 2015**
- Replies:   **January 29, 2015**
- Surreplies:   **February 4, 2015**

All filings must be served by midnight CST. The parties further agree that neither Uniloc nor EA will object that a motion filed by the January 7, 2015, deadline is untimely under the 28-day deadlines provided by Federal Rules of Civil Procedure 50(b) or 59(b). However, this agreement will not prevent Uniloc or EA from objecting to such motions on other grounds. This schedule is not intended to be a waiver by either party of the right to assert post-judgment motions that could not be asserted as a practical matter prior to judgment, such as those under Federal Rule of Civil Procedure 60.

| | |
|---|---|
| Date: December 15, 2014 | Respectfully submitted, |

/s/ Linda R. Stahl
**E. Leon Carter**
Texas State Bar No. 03914300
*lcarter@carterscholer.com*
**J. Robert Arnett II**
Texas State Bar No. 01332900
*barnett@carterscholer.com*
**Ryan S. Loveless**
Texas State Bar No. 24036997
*rloveless@carterscholer.com*
**Linda R. Stahl**
Texas State Bar No. 00798525
*lstahl@carterscholer.com*
**Courtney B. Perez**
Texas State Bar No. 24061135
*cperez@carterscholer.com*
**Rachany T. Son**
Texas State Bar No. 24081969
*rson@carterscholer.com*

**CARTER SCHOLER ARNETT
HAMADA & MOCKLER PLLC**
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
Tel. 214.550.8188
Fax. 214.550.8185

***ATTORNEYS FOR UNILOC USA, INC.
AND UNILOC LUXEMBOURG S.A.***


/s/ Robert A. Van Nest
Robert A. Van Nest
*rvannest@kvn.com*
Asim M. Bhansali
*abhansali@kvn.com*
Matthias A. Kamber
*mkamber@kvn.com*
Justina K. Sessions
*jsessions@kvn.com*

KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel. 415.391.5400
Fax. 415.397.7188

Michael E. Jones
Texas State Bar No. 10929400
*mikejones@potterminton.com*
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel. 903.597.8311
Fax. 903.593.0846

***ATTORNEYS FOR
ELECTRONIC ARTS, INC.***