UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al., <br><br> Plaintiff, <br><br> v. <br> ELECTRONIC ARTS INC., <br><br> Defendant. | CIVIL ACTION NO. 6:13-cv-00259-LED |

**DEFENDANT ELECTRONIC ARTS INC.'S NOTICE OF FILING PRESENTATION SLIDES FROM FEBRUARY 18, 2015 POST-VERDICT EVIDENTIARY HEARING**

Defendant Electronic Arts Inc. hereby files this notice attaching the presentation slides it used at the February 18, 2015 Post-Verdict Evidentiary Hearing held before Judge Davis.

DATED:  February 19, 2015          Respectfully submitted,

By:   */s/ Michael E. Jones*
Robert A. Van Nest
rvannest@kvn.com
Asim M. Bhansali
abhansali@kvn.com
Matthias A. Kamber
mkamber@kvn.com
Justina K. Sessions
jsessions@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas  75702
Telephone:  903 597 8311
Facsimile:   903 593 0846

Attorneys for Defendant
ELECTRONIC ARTS INC.

{A07/09607/0001/W1276307.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 19, 2015.

*/s/ Michael E. Jones*
