IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-259-LED |
| ELECTRONIC ARTS, INC., | § § | |
| Defendant. | § § | |

## NOTICE OF CHANGE OF LEAD COUNSEL

COME NOW Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., and hereby notify the Court and all parties of record that James L. Etheridge of Etheridge Law Group, 2600 East Southlake Blvd., Suite 120-324, Southlake, Texas 76092 will act as lead counsel in place of E. Leon Carter for Plaintiffs in the above-captioned case.

Dated: March 30, 2015      */s/ James L. Etheridge*

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on March 30, 2015.

*/s/ E. Leon Carter*
E. Leon Carter
